UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER GOODVINE,

    Plaintiff,

v.                                                             Case No. 16-C-890

BRETT VANDEWALLE, et al.

    Defendants.

# ORDER

Plaintiff filed a motion asking the Court to order defendants to give him access to his legal materials; he also asked the Court to "enjoin defendants' counsel from accessing [his] legal materials." ECF No. 95. The Court ordered defendants to respond to the motions. Based on their response, the Court will deny plaintiff's motion.

First, defendants' counsel explains that he subpoenaed plaintiff's bank records based on a telephone conversation he had with plaintiff's fiancée after her deposition. Defendants' counsel plainly states that, contrary to plaintiff's assumptions, he did not access plaintiff's bank records from plaintiff's institution files. Because plaintiff provides no evidence to support his claim that defendants' counsel is impermissibly accessing his personal records and legal files, the Court finds it unnecessary to enter an order enjoining defendants' counsel from doing so.

Next, defendants' counsel explains that plaintiff is not currently on any restrictions that would prevent him from possessing his legal work and that none of plaintiff's legal work has been confiscated from his cell. Counsel provided the Court with a copy of a letter to plaintiff, dated December 7, 2017. The letter confirmed that plaintiff is not on any restrictions in connection with

his legal work. It also instructed plaintiff to contact the property officer if he would like access to any legal materials stored with his property. Based on these representations, the Court will deny plaintiff's motion asking the Court for access to his legal materials.

Finally, on December 8, 2017, plaintiff filed a motion for sanctions based on allegations that defendants' counsel and prison officials are working together so defendants can access plaintiff's private incoming and outgoing mail. Defendants shall respond to plaintiff's motion by **December 29, 2017**.

**THEREFORE**, the Court **DENIES** plaintiff's motion for an order for access to legal materials and his motion to enjoin defendants' counsel (ECF No. 95).

Further, the Court **ORDERS** defendants to respond to plaintiff's motion for sanctions by **December 29, 2017**.

Signed this 18th day of December, 2017.

                          s/ William C. Griesbach
                          William C. Griesbach, Chief Judge
                          United States District Court